**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br>　vs.<br>TIM R. TULL ELECTRIC, INC., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. CV F 11-1860 LJO BAM<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 18.) |

　　　Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Joshua Anthony Roles only. The clerk is directed NOT to close this action.

　　　IT IS SO ORDERED.

**Dated:　　January 25, 2012**　　　　　　　　　　　／s／ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1