IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW, LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM R. TULL ELECTRIC, INC., *et al.*,<br><br>Defendants.<br>_____/ | CASE NO. 11-CV-1860 LJO-BAM<br><br>**ORDER TO CONTINUE MOTION HEARING**<br><br>**NEW DATE: February 1, 2013**<br><br>**TIME:**     **9:00 a.m.**<br><br>**CTRM:**     **8 (6th floor)**<br>          **Barbara A. McAuliffe**<br>          **U.S. Magistrate Judge** |

The Court has received and reviewed Plaintiff Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, *et al.'s*, ex parte motion to continue its Motion for Default Judgment hearing. (Doc. 38). For good cause being shown, Plaintiffs' motion is **GRANTED.**

IT IS HEREBY ORDERED that the motion hearing is continued from January 18, 2013 at 9:00 a.m. to February 1, 2013 at 9:00 a.m. in Courtroom 8 before Judge McAuliffe. The parties may appear by telephone by arranging a one-line conference and calling chambers at 559-499-5789.

IT IS SO ORDERED.

Dated:    **January 8, 2013**             **/s/ Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE

1