IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW, LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM R. TULL ELECTRIC, INC., *et al.*,<br><br>Defendants.<br>_____ / | CASE NO. 11-CV-1860 LJO-BAM<br><br>**ORDER TO CONTINUE MOTION HEARING**<br><br>**NEW DATE: March 1, 2013**<br><br>**TIME:     9:00 a.m.**<br><br>**CTRM:    8 (6th floor)**<br>**Barbara A. McAuliffe**<br>**U.S. Magistrate Judge** |

The Court has received and reviewed Plaintiff Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, *et al.'s*, ex parte motion to continue its Motion for Default Judgment hearing. (Doc. 40). For good cause being shown, Plaintiffs' motion is **GRANTED.**

IT IS HEREBY ORDERED that the motion hearing is continued from February 1, 2013 at 9:00 a.m. to March 1, 2013 at 9:00 a.m. in Courtroom 8 before Judge McAuliffe. The parties may appear by telephone by arranging a one-line conference and calling chambers at 559-499-5789.

IT IS SO ORDERED.

Dated:  **January 30, 2013**              **/s/ Barbara A. McAuliffe**
                                                                UNITED STATES MAGISTRATE JUDGE

1