IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>TIM R TRULL ELECTRIC INC., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 11-1860 LJO BAM<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 39.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.  DISMISSES without prejudice this entire action and all its remaining claims;

2.  VACATES all pending dates and matters, including the May 14, 2013 status conference; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 16, 2013**                    /s/ **Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE

1